IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 1:13-CR-35-WLS |
| | : |
| v. | : VIOLATIONS |
| | : 18 U.S.C. §§ 371 i/c/w 215(a)(1) |
| NICHOLAS D. POWERS, III | : 18 U.S.C. § 215(a)(1) |
| | : 18 U.S.C. § 1014 |

**THE GRAND JURY CHARGES:**

**A. Introduction: At all times relevant to the Indictment:**

1. Southwest Georgia Farm Credit ("SWGFC") located in Bainbridge, Georgia, was a financial institution regulated by the Farm Credit Administration.

2. Larry Malone ("Malone") was the Chief Lending Officer at SWGFC.

3. Defendant Nicholas D. Powers, III, ("Powers") borrowed approximately $20,100,828.00 from SWGFC from on or about March of 1995, until on or about March 5, 2008.

4. Beginning in 1999, and continuing until about March 5, 2008, defendant Powers gave Larry Malone approximately $600,000 in gifts of land and monies.

5. Paragraphs 1-4 of the Introduction are incorporated herein by reference into Counts One through Six below.

1

## Count One
### (Conspiracy - Commissions or Gifts for Procuring Loans)
### 18 U.S.C. § 371 i/c/w 215(a)(1)

Beginning on or about January 1, 1999, and continuing until on or about March 5, 2008, in the Albany Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**NICHOLAS D. POWERS, III,**

did combine, conspire, confederate, agree and have a tacit understanding with Larry Malone to knowingly and corruptly give, offer and promise anything of value to any person with intent to influence and reward an officer, director, employee, and agent of a financial institution in connection with any business and transaction of such institution.

### A. Object of the Conspiracy:

1. It was the object of the conspiracy for Powers to receive loans from SWGFC and for Malone to receive monies and gifts from Powers in connection with banking business of SWGFC.

### B. Manner & Means of the Conspiracy:

1. It was part of the manner and means of the conspiracy that defendant Powers would and did:

   a. apply for and receive loans from SWGFC;

2

b. write checks on his personal account to a relative of Larry Malone and to Larry Malone;

c. give real properties to a relative of Larry Malone for Larry Malone's benefit.

## C. Overt Acts:

In furtherance of the conspiracy, defendant Powers and Larry Malone committed the following overt acts:

1. On February 2, 1999, Larry Malone authorized and approved a loan in the amount of $865,000 to defendant Powers.

2. On December 30, 1999, defendant Powers gave a relative of Larry Malone land in Jackson County, North Carolina, worth approximately $222,000.00.

3. On September 6, 2000, Larry Malone authorized and approved a loan in the amount of $2,995,000 to defendant Powers.

4. On July 22, 2002, defendant Powers gave a relative of Larry Malone land in Yancey, North Carolina, worth approximately $100,000.00.

5. On April 14, 2004, defendant Powers paid a relative of Larry Malone the sum of $20,000.00.

3

6. On September 25, 2005, defendant Powers paid a relative of Larry Malone the sum of $55,000.00.

7. On October 19, 2005, defendant Powers gave a relative of Larry Malone a one-half interest in a condominium, in Mexico Beach, Florida.

8. On February 13, 2008, Malone made loan number 988022-14 to defendant Powers in the amount of $300,500.00 for the stated purpose of "Operating Expenses and Irrigation/Pipe Upgrades."

9. On February 25, 2008, defendant Powers paid a relative of Larry Malone the sum of $100,000.00.

All in violation of Title 18, United States Code, Section 371 i/c/w 215(a)(1).

## Count Two
### (Commissions or Gifts for Procuring Loans)
### 18 U.S.C. § 215(a)(1)

1. Paragraph 4 of the overt acts of count one of this indictment is incorporated herein by reference.

2. On or about April 14, 2004, in the Albany Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**NICHOLAS D. POWERS, III,**

4

did knowingly and corruptly give, offer and promise anything of value to another person with intent to influence and reward an officer, director, employee and agent of a financial institution in connection with any business or transaction of such institution.

All in violation of Title 18, United States Code, Section 215(a)(1).

### Count Three
### (Commissions or Gifts for Procuring Loans)
### 18 U.S.C. § 215(a)(1)

3. Paragraph 5 of the overt acts of count one of this indictment is incorporated herein by reference.

4. On or about September 25, 2005, in the Albany Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**NICHOLAS D. POWERS, III,**

did knowingly and corruptly give, offer and promise anything of value to another person with intent to influence and reward an officer, director, employee and agent of a financial institution in connection with any business and transaction of such institution.

All in violation of Title 18, United States Code, Section 215(a)(1).

## Count Four
## (Commissions or Gifts for Procuring Loans)
## 18 U.S.C. § 215(a)(1)

5. Paragraph 6 of the overt acts of count one of this indictment is incorporated herein by reference.

6. On or about October 19, 2005, in the Albany Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**NICHOLAS D. POWERS, III,**

did knowingly and corruptly give, offer and promise anything of value to another person with intent to influence and reward an officer, director, employee and agent of a financial institution in connection with any business and transaction of such institution.

All in violation of Title 18, United States Code, Section 215(a)(1).

## Count Five
## (Commissions or Gifts for Procuring Loans)
## 18 U.S.C. § 215(a)(1)

7. Paragraph 7 of the overt acts of count one of this indictment is incorporated herein by reference.

8. On or about February 25, 2008, in the Albany Division of the Middle

District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**NICHOLAS D. POWERS, III,**

did knowingly and corruptly give, offer and promise anything of value to another person with intent to influence and reward an officer, director, employee and agent of a financial institution in connection with any business and transaction of such institution.

All in violation of Title 18, United States Code, Section 215(a)(1).

### Count Six
### (False Statements to a Financial Institution)
### 18 U.S.C. § 1014

1. Paragraphs 6 & 7 of the overt acts of count one of this indictment are incorporated herein by reference.

On or about February 11, 2008, in the Albany Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this court, the defendant,

**NICHOLAS D. POWERS, III,**

knowingly made a material false statement for the purpose of influencing the action of SWGFC in connection with a loan he applied for, to wit:

The defendant falsely stated that the purpose of the loan (No. 988022-14) to be "Operating Exp." in the amount of $225,000 and "Irrigation/Pipe Upgrades," in the

amount of $75,000, when in truth and in fact, the defendant diverted $100,000 of those loan proceeds to a relative of Larry Malone, as set forth in overt Act # 7 of count one above.

All in violation of Title 18, United States Code, Section 1014.

A TRUE BILL.

S/FOREPERSON OF THE GRAND JURY
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented By:

*[signature]*

JIM CRANE
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10th day of July, 2013.

_[signature]_
Deputy Clerk

8