

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA

## MINUTE SHEET OF SENTENCING HEARING (UNCONTESTED)

Date:   JUNE 26, 2014

Court Time for MJSTAR/JS10:   37   mins

Judge:   W. LOUIS SANDS

Court Reporter: Darlene Pino

Courtroom Deputy:   Joan B. King

Interpreter:

### Case Number:   1:13cr35-001  (WLS)

UNITED STATES OF AMERICA

AUSA: Jim Crane

v.

**NICHOLAS D POWERS III**

Counsel:  Edward Hine Jr.

Agents/Experts in Attendance:   USPO Lindsey, Staff Attorney DHD

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE  OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

Counsel indicated NO objection(s) to PSR.  Govt 5K Motion.

## SENTENCE AND CONDITIONS

RANGE:   37 - 46  Months     OFFENSE LEVEL:   21     CATEGORY:   I
IMPRISONMENT:   24 Months    SUPV. RELEASE:   3 Years

*In Re:  COUNT(S)    1     of the Indictment:*

A **mandatory assessment fee** of $100.00 is to be paid immediately.

The Court waives the imposition of a fine and any alternative sanctions based on your financial condition.

*Standard and Mandatory Conditions:*
Dft shall not possess a firearm, ammunition, destructive device or any other dangerous weapons.

Dft to cooperate in the collection of **DNA** as directed by the USPO.

*Special Conditions:*
Dft shall provide financial information to the USPO upon request.

Dft is prohibited from incurring new credit charges or opening additional lines of credit without approval of the USPO.

The issue pertaining to restitution will be set aside with further hearing to be set.

Dft requested to be placed in facility near family.  The Court will recommend to BOP.


VOLUNTARY SURRENDER: ☒ Yes          APPEAL INFORMATION GIVEN TO:   ☒  Atty     ☒ Dft